






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00730-CR







Robert Fennell, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 0914383, HONORABLE JON N. WISSER, JUDGE PRESIDING







PER CURIAM


	This is an appeal from an order of the trial court revoking appellant's community
supervision.  Appellant has filed a motion to withdraw the appeal.  No decision of this Court has been
delivered.  The motion is granted and the appeal is dismissed.  See Tex. R. App. P. 59(b).



Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed:    July 3, 1997

Do Not Publish


